

**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

312 North Spring Street, Room G-8 Los Angeles, CA  90012
Tel: (213) 894-7984

Tuesday, October 27, 2009

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**HUNG DUONG NGUON**
**CDC#K49649**
**P. O. BOX 2500**
**VACAVILLE, CA 95696**

Dear Sir or Madam:

Your complaint has been lodged and assigned a civil case number ___CV09- 7826___

Upon the submission of your complaint, it was noted that you did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete the form indicated below in its entirety:

      *Declaration in Support of Request to Proceed in Forma Pauperis (CV-60)*
  **X** *Declaration in Support of Request to Proceed Without Prepayment of Filing Fees (CV-60P)*

If you do not respond within THIRTY DAYS from the date above, your action will be dismissed and the file closed. If you submit the Declaration or pay the filing fee within THIRTY DAYS, judges will be assigned to your case. If you submit the Declaration, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee. The fee can be paid in partial payments pursuant to a court ordered schedule.

Enclosed you will find this court's current Declaration form which you must complete in its entirety.

Sincerely,

Clerk, U.S. District Court

By: ___CSAWYER___
Deputy Clerk

encls

CV-47 (06/05)            NOTICE RE: DISCREPENCIES WITH LODGING OF COMPLAINT